UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-01765-MCS (AS) | Date | January 31, 2023 |
|---|---|---|---|
| Title | *Scott W. Davis  v. California Department of Corrections, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 16, 2022, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend. (Dkt. No. 4). Plaintiff was directed to file a First Amended Complaint within thirty days of the Court's Order. Id. at 7. Plaintiff was "explicitly warned that failure to timely file a First Amended Complaint will result in dismissal for failure to prosecute and/or failure to comply with a court order." Id. at 8-9.

To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than March 1, 2023**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's December 16, 2022 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

**IT IS SO ORDERED.**

cc:     Mark C. Scarsi
        United States District Judge